AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DEION STALLING <br><br> *Plaintiff(s)* <br> v. <br> MOTIVATE LLC, MATTHEW PARKER, JUSTIN LOTTIE, and CHRIS RUSSELL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Matthew Parker, Justin Lotte & Chris Russell
    Motivate LLC
    353 West St. Suite 225
    New York, NY 10014

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Patrick DeLince
    DeLince Law PLLC
    299 Broadway, Suite 1310
    New York, New York 10007
    (212) 888-0124

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    *CLERK OF COURT*

Date: _____        _____
                                                                                                   *Signature of Clerk or Deputy Clerk*